| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>CHRISTIAAN H. HIGHSMITH<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2739<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON HUNT,<br><br>Defendant, | CASE NO. 2:05-CR-00268-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER; CONTINUING EVIDENTIARY HEARING**<br><br>Date: August 5, 2013<br>Time: 3:00 p.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel, Assistant United States Attorney Christiaan H. Highsmith and Assistant Federal Defender Matthew Bochman, attorney for DEVON HUNT, and United States Probation Officer MIRANDA LUTKE, that the evidentiary hearing set for August 5, 2013 be continued to August 30, 2013 at 9:00 a.m. so that the parties may prepare for the hearing and explore resolution prior to a hearing.

///

///

///

///

///

1

| | | | |
|---|---|---|---|
| 1 | DATED: | August 2, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br>/s/ Christiaan H. Highsmith<br>CHRISTIAAN HIGHSMITH<br>Assistant United States Attorney |
| 2 | DATED: | August 2, 2013 | HEATHER WILLIAMS<br>Federal Public Defender<br>/s/ Christiaan H. Highsmith for<br>MATTHEW BOCKMAN<br>Assistant Federal Defender |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the August 5, 2013 evidentiary hearing be continued to August 30, 2013, at 9:00 a.m.

**DATED:  AUGUST 2, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE